UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND E. LANGLEY,

      Plaintiff,                      No. 11-14264

v.                                   District Judge Marianne O. Battani
                                       Magistrate Judge R. Steven Whalen

MACOMB COUNTY, ET AL.,

      Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on June 18, 2013, Plaintiff's Motion to Compel Discovery [Doc. #65] is GRANTED IN PART AND DENIED IN PART.

By virtue of the parties' partial resolution of this Motion, Captain Baker, Deputy Mueller and Deputy Ameriguian will be re-deposed, as set forth at p. 2 of the Resolved and Unresolved Issues List [Doc. #85].

The depositions of Mueller and Ameriguian will take place at the Macomb County Sheriff's Department.

Captain Baker may be asked questions regarding her discussions with Undersheriff Kent Lagerquist, unless those discussion took place in the presence of counsel.

Plaintiff's request to exceed 10 depositions is GRANTED to the extent that he may depose Mike Burns. The request to also depose Lt. Kozlowski, who is currently on a medical leave, is DENIED WITHOUT PREJUDICE.

Plaintiff's request for costs and attorney fees is DENIED.

IT IS SO ORDERED.

Dated: June 18, 2013    s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 18, 2013, electronically and/or by U.S. mail.

s/Michael Williams
Relief Case Manager for the Honorable
R. Steven Whalen