UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND E. LANGLEY,

      Plaintiff,                      No. 11-14264

v.                                    District Judge Marianne O. Battani
                                       Magistrate Judge R. Steven Whalen

MACOMB COUNTY, ET AL.,

      Defendants.
_____/

## ORDER

The parties having resolved Defendants' Motion for Protective Order [Doc. #76], regarding the deposition of Captain Baker, said Motion is DENIED AS MOOT.

      IT IS SO ORDERED.


Dated: June 18, 2013                    s/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on June 18, 2013, electronically and/or U.S. Mail.

                                         s/ Michael Williams
                                         Relief Case Manger for the Honorable
                                         R. Steven Whalen